ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Gazal Logistics Services & Warehousing ) | ASBCA No. 59107 |
| ) | |
| Under Contract No. W91GFL-11-C-0001 ) | |

APPEARANCES FOR THE APPELLANT:     Douglas L. Patin, Esq.
Lisa A. Markman, Esq.
  Bradley Arant Boult Cummings LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
LTC Brian J. Chapuran, JA
  Trial Attorney

ORDER OF DISMISSAL

The parties settled this appeal as a result of Board-assisted mediation.
Accordingly, the appeal is dismissed, with prejudice.

Dated:  10 June 2015

PETER D. TING
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed
Services Board of Contract Appeals in ASBCA No. 59107, Appeal of Gazal Logistics
Services & Warehousing, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals